JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY AYER, <br> Plaintiff, <br><br> vs. <br><br> FRONTIER COMMUNICATIONS CORPORATION, <br><br> Defendant. | Case No. 5:16-cv-01946-PA-DTB <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 28th day of November, 2017.

_____
The Honorable Percy Anderson